UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 596 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| CIERRA CLIFTON, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of Cierra Clifton, which was referred to the Magistrate Judge with the consent of the parties.

On August 25, 2021 the government filed a 6 count, multi-defendant Indictment, charging Cierra Clifton in count 6 with Conspiracy to Launder Monetary Instruments, in violation of Title 18 U.S.C. § 1956(h).

On August 26, 2021 Magistrate Judge Henderson held an arraignment, during which Ms. Clifton entered a plea of not guilty to the charges. On August 3, 2022 Magistrate Judge Henderson received Defendant Clifton's plea of guilty to count 6 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Clifton is found to be competent to enter a plea and to understand her constitutional rights. She is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Cierra Clifton is adjudged guilty to count 6 of the Indictment, in violation of Title 18 U.S.C. § 1956(h). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing is currently set for November 22, 2022 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 25, 2022